UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LEIF SKOOGFORS,<br><br>          Plaintiff,<br><br>v.<br><br>TOTAL HEALTH BY ELIZABETH, LLC,<br><br>          Defendant. | Civil Action No. 16-CV-18-SS |

## DEFENDANT'S ADR REPORT

Defendant Total Health By Elizabeth, LLC files this ADR Report pursuant to Local Rule CV-88(b) and Paragraph 1 of the Scheduling Order in this action and would respectfully show:

The parties have exchanged written settlement offers. A fairly significant gap exists between the parties' positions (at least on a relative or percentage basis), and settlement does not seem likely. Alternative dispute resolution would not be appropriate in this action, in Defendant's view.

Ms. Elizabeth Sherman is the person responsible for settlement negotiations for Defendant.

Respectfully submitted,

Robert G. Hargrove
Texas Bar No. 24032391
rob@texasenergylaw.com
Osborn, Griffith & Hargrove
515 Congress Avenue, Suite 2450
Austin, Texas 78701
(512) 476-3529
(512) 476-8310 *Facsimile*


By:   /s/  Robert G. Hargrove
      Robert G. Hargrove

**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of this document was submitted for service on the below-listed counsel of record, via the CM/ECF system, on this the 30th day of June, 2016.


By:   /s/  Robert G. Hargrove
      Robert G. Hargrove



Mr. Matthew K. Higbee, Esq.
mhigbee@higbeeassociates.com
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite 112
Santa Anna, California 92705-5418

**Counsel for Leif Skoogfors**