Mathew K. Higbee, Esq., SBN #24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LEIF SKOOGFORS,<br><br>                    Plaintiff,<br><br>v.<br><br>TOTAL HEALTH BY ELIZABETH, LLC.,<br><br>                    Defendant. | Case No. 1:16-CV-00018-SS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), that the above-captioned action against Defendant Total Health By Elizabeth, LLC., is voluntarily dismissed with prejudice, with each party bearing their own individual costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**[SIGNATORIES ON FOLLOWING PAGE]**

1

Dated: April 4, 2017                                         **HIGBEE & ASSOCIATES**

                                                             **/s/ Mathew K. Higbee**
                                                             Mathew K. Higbee, Esq.
                                                             1504 Brookhollow Dr., Ste 112
                                                             Santa Ana, CA 92705
                                                             (714) 617-8349
                                                             (714) 597-6559 facsimile
                                                             mhigbee@higbeeassociates.com
                                                             *Counsel for Plaintiff*

Dated: April 4, 2017                                         **OSBORN, GRIFFITH & HARGROVE**


                                                             **/s/ Robert G. Hargrove**
                                                             Robert G. Hargrove
                                                             515 Congress Avenue, Suite 2450
                                                             Austin, TX 78701
                                                             (512) 476-3529
                                                             (512) 476-8310 facsimile
                                                             rob@texasenergylaw.com
                                                             *Counsel for Defendant*

## PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On April 4, 2017, I caused to be served the following document:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

**Robert G. Hargrove**
**Osborn, Griffith & Hargrove**
**515 Congress Avenue, Suite 2450**
**Austin, TX 78701**
**(512) 476-3529**
**(512) 476-8310 facsimile**
**rob@texasenergylaw.com**

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 4, 2017, at Santa Ana, California.

/s/ Mathew K. Higbee
Mathew K. Higbee